**2009–2025. State ex rel. Goldsberry v. Court of Appeals, Third Appellate Dist.**
In Procedendo. On complaint in procedendo of Michael Goldsberry. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2029. State ex rel. Montgomery v. Shook.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2031. [State ex rel.] Internatl. Assn. of Heat & Frost Insulators & Asbestos Workers, Local Union No. 45 v. Court of Appeals, Sixth Appellate Dist.**
In Mandamus and Prohibition. On relator's complaint, motion for leave to file amended complaint, and motion for judgment on the pleadings and respondent's answer and motion for judgment on the pleadings. Relator's motion for leave to file amended complaint is granted. Relator's motion for judgment on the pleadings is denied. Respondent's motion for judgment on the pleadings is granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2035. State ex rel. Bensman v. Lucas Cty. Bd. of Elections.**
Lucas App. No. L–08–1211. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2072. State ex rel. Holloman v. O'Shaughnessy.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2124. State ex rel. Duvall v. Corrigan.**
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2127. [State ex rel.] Evans v. Sheward.**
In Mandamus. On answer of respondents. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2129. State ex rel. Morrison v. Brunner.**
In Prohibition. On motion for emergency alternative writ. Motion denied. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2132. State ex rel. Salvi v. Smith.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2133. State ex rel. Otinger v. Adams.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.